Court of Criminal Appeals
P.O. Box 12308
Austin Texas 78711

Garcia Raul, AKA, Garcia Raul Gonzales
TDCJ 1267574
James V Allred Unit 19-W-54
2101 Fm 369 North
Iowa Park Tex 76367

Re. Clerk; Abel Acosta :

Dear Clerk.

Could you please file this with the courts for me thanking you in Advance. for your help in this matter

Respectfully submitted
~~Garcia Raul, aka, Garcia Raul~~
Date 12 18 -15

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

## Court of Criminal Appeals Of Texas

Ex Parte

Garcia, Raul AKA. Garcia Raul Gonzale

§
§
§ Tr Ct No 03F0443-202-A
§ Wr-84 296-04
§ Tr Ct No. 02F0675-202-A
§ Wr-84 296-06
§ Tr Ct. No. 03F0444-202-A
§ Wr 84 296-05
§ Tr Ct No 02F0623-202-A
§ Wr 84 296 01
§ Tr Ct No. 03F0445-202-A
§ Wr-84,296-02
§ Tr Ct No 02F0674-202-A
§ Wr 84 296-03

Notice Of Denial Of ▮▮▮▮ Procedural Due Process In Habeas
Proceeding; Reply And Objection To Courts Finding Of Facts And
Conclusion of Law.

# TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Garcia, Raul. AKA. Garcia Raul Gonzale, TDCJ 1267574,
In the above cause's to give Notice of Denial of Procedural Due
Process in Habeas Proceeding, Reply And Objection To Courts Finding
Of Facts And Conclusions of Law.

I

Before, Petitioner ever received State Answer in the mail the
202ND District Court of Bowie County Texas had Already made a
ruling denying the Petitioner chance to file timely reply of his
own Finding of facts And Conclusions of law And The Courts has now
Order all records foreward to You at the Court of Criminal Appeals

## II

Petitioner never received anything from the District Clerk of Bowie County pretaining to the cause's outlined above; Nothing from the Courts or the Attorney for the State [D.A]. Petitioner wrote the court many times Ask for the disposition of the case and got no reply I didn't even get a copy of the Judge Order that was filed. This is to inform the Court of a Procedual Due Process Violation that has occur in this case

Respectfully submitted

_Garcia Raul, aka, Raul G. Raul_

Garcia Raul, AKA, Garcia Raul Gonzale ProSe
TDCJ 1267574
James V Allred Unit 19-W-54
2101 Fm 369 North
Iowa Park Texas 76367
Date 12-18-15

## Certificate Of Service

A true copy of this document was mail by US postal service to:

Billy Fox                                   And to    Court of Criminal Appeals
District Clerk.                                                      Clerk
710 James Bowie Drive                      Abel Acosta
    New Boston Texas 75570                      P.O. Box 12308
                                                Austin Texas 78711

CC _Garcia, Raul_